AUSA: Terrence Haugabook  Telephone: (313) 226-9157
AO 91 (Rev. 11/11) Criminal Complaint    Special Agent:  Troy Williams, ATF   Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Christopher Williams-McKenzie

Case No. Case: 2:24−mj−30482
Assigned To : Unassigned
Assign. Date : 11/8/2024
Description: CMP USA V. WILLIAMS−MCKENZIE (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 8, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Troy Williams, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 8, 2024

_Judge's signature_

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Troy Williams, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF) and have been since March 2022. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have a bachelor's degree in criminal justice.

2. Prior to becoming a Special Agent with the ATF, I was employed with the Detroit Police Department (DPD) for approximately five years as police officer before becoming a sergeant. During my employment with DPD, I was assigned to multiple specialized units including but not limited to the ATF Task Force. As an ATF task force officer, I investigated criminal violations relating to firearms, firearms trafficking, criminal street gangs and controlled substances both as a case agent and assisting officer.

3. This affidavit is comprised of information based on my personal knowledge and information provided by other law enforcement officers. I have not

1

included each and every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

4. The information outlined below is for the limited purpose of establishing probable cause that Christopher WILLIAMS-MCKENZIE (XX/XX/1990), has violated 18 U.S.C. § 922 (g)(1) – possession of a firearm by a convicted felon.

## **PROBABLE CAUSE**

5. In July of 2024, ATF identified the Instagram (IG) account user ID "gmh96_fresh55", as being associated to WILLIAMS-MCKENZIE. In the following months, agents reviewed "stories" (short videos or images that can be posted to an IG user's account and displayed publicly or to the user's followers in a private account), and other images and videos posted by IG User ID "gmh96_fresh55", that depict WILLIAMS-MCKENZIE in possession of suspected firearms, indicating multiple possible violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

6. Specifically, on October 9, 2024, at approximately 9:54 am, I reviewed, and screen recorded an IG video story posted by user of the IG account "gmh96_fresh55". The IG story displayed a video that depicted WILLIAMS-MCKENZIE wearing a black shirt. The video begins with WILLIAMS-MCKENZIE in front of three side-by-side windows covered by white blinds. During the video,

WILLIAMS-MCKENZIE stated, "Aye word of the day, I don't care how down bad you is nigga don't sell yo fucking blick if you ain't got another one nigga", while displaying a suspected firearm, as shown in image 1. In addition, I observed in this video, that the suspected firearm has ridges along the front and the rear of the slide, as annotated in image 2. I also observed that the front of the firearm where the barrel is located, displayed a barrel that is not flushed with the front of the firearm and a recoil spring that is also not flushed with the front of the firearm, as annotated in image 3. Based, on the characteristics displayed on the suspected firearm in image 1,2 and 3, I believe that the suspected firearm is an FNX-45 caliber handgun.

Image 1

Image 2




Annotated to display ridges on the side of the firearm.

Image 3



Annotated to indicate the barrel and recoil spring.

7. On November 8, 2024, at 6:00 am ATF, along with other law enforcement personnel, executed a federal search warrant at 17XXX Trinity Street in Detroit, Michigan. WILLIAMS-MCKENZIE was located inside of the Target Premises on the couch before running to the dining room where he was subsequently detained. Agents then conducted a search of the residence and located and seized the following items:

    a. One (1) FNP-45 caliber handgun, bearing the serial number 61DZZ10853 and loaded with one magazine containing three (3) rounds of .40 caliber Federal S&W ammunition recovered from underneath the couch in the living room.

8. During a post-*Miranda* interview, WILLIAMS-MCKENZIE advised he found the FNP-45 caliber handgun, bearing the serial number 61DZZ10853 that was located during the search of 17XXX Trinity, Detroit, MI, when he moved to the residence in the month of August 2024.

9. On November 8, 2024, ATF Special Agent and Firearms Interstate Nexus expert Matthew Totten examined the FNP-45 caliber handgun, bearing the serial number 61DZZ10853. Special Agent Matthew Totten stated the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

10. On July 2, 2024, I reviewed WILLIAMS-MCKENZIE's computerized criminal history (CCH), which indicated WILLIAMS-MCKENZIE has at least one prior felony conviction. On March 7, 2016, WILLIAMS-MCKENZIE was sentenced to 2 days imprisonment and 24 months' probation for the felony offense of felony assault with intent to rob unarmed (CNT-1 MCL §750.88) out of the 9th Circuit Court.

## CONCLUSION

11. Probable cause exists that Christopher WILLIAMS-MCKENZIE, knowing that he had previously been convicted and sentenced for a crime punishable by more than one year of imprisonment, knowingly possessed an FNP-45 caliber handgun, bearing the serial number 61DZZ10853, which travelled in or affected

interstate commerce in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about November 8, 2024, in the Eastern District of Michigan.

Respectfully submitted,

Troy Williams
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Dated: November 8, 2024

6